E-FILED
Friday, 05 December, 2025 02:08:55 PM
Clerk, U.S. District Court, ILCD


# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

**Jhoanna Barraza Arco,**
*As Administrator of the Estate of Juan De Dios Barraza Arcos, Deceased*

**Plaintiff,**

**vs.**

**Samantha Wurster, Betsy O'Brien, Wexford Health Sources Inc., Madeleine Brindle, Lilian Houston, and Southern Illinois University,**

**Defendants.**

**Case Number: 25-cv-1104**

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**. This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Jhoanna Barraza Arcos's action against Defendants Samantha Wurster, Betsy O'Brien, Wexford Health Sources Inc., Madeleine Brindle, Lilian Houston, and Southern Illinois University is dismissed without prejudice; Plaintiff shall recover nothing on his claims against each of the named Defendants.

**Dated:** 12/5/2025

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court

MMM